COURT OF 
APPEALS
SECOND DISTRICT OF TEXAS
FORT WORTH

NO. 2-04-337-CV
   
   
   
IN 
THE INTEREST OF C.R.D., A CHILD
  
  
  
------------
FROM 
THE 78TH DISTRICT COURT OF WICHITA COUNTY
------------
MEMORANDUM OPINION[1] AND 
JUDGMENT
----------
        We 
have considered “Appellant’s Unopposed Motion To Dismiss.”  It is the 
court's opinion that the motion should be granted; therefore, we dismiss the 
appeal.  See TEX. R. APP. P. 42.1(a)(1), 43.2(f).
        Appellant 
shall pay all costs of this appeal, for which let execution issue.
  
 
                                                                  PER 
CURIAM
 
 
PANEL 
D:   WALKER, J.; CAYCE, C.J.; and MCCOY, JJ.
 
DELIVERED: 
December 16, 2004

 
NOTES
1.  
See Tex. R. App. P. 47.4.